# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRUCE W. MATTINGLY & LERIE A. MATTINGLY  Case Number: 04-70416
7306 ASHTON VILLA                SSN-xxx-xx-2893 & xxx-xx-9665
ROCKFORD, IL  61107

Case filed on: 1/27/2004
Plan Confirmed on: 3/26/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $35,820.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 218 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | JANICE MAGNUSON | 3,100.00 | 3,100.00 | 3,100.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,100.00 | 3,100.00 | 3,100.00 | 0.00 |
| 999 | BRUCE W. MATTINGLY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ROUNDUP FUNDING LLC | 10,000.00 | 10,001.00 | 10,001.00 | 2,575.50 |
| 002 | CITIFINANCIAL AUTO LTD | 8,000.00 | 8,000.00 | 8,000.00 | 996.78 |
|  | Total Secured | 18,000.00 | 18,001.00 | 18,001.00 | 3,572.28 |
| 001 | ROUNDUP FUNDING LLC | 531.02 | 531.02 | 74.32 | 0.00 |
| 002 | CITIFINANCIAL AUTO LTD | 2,589.11 | 2,589.11 | 362.38 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 4,489.80 | 4,489.80 | 628.41 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 28,813.63 | 28,813.63 | 4,032.88 | 0.00 |
| 008 | CAPITAL ONE | 2,680.10 | 2,680.10 | 375.12 | 0.00 |
| 009 | DELL FINANCIAL | 1,143.13 | 1,143.13 | 160.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,102.71 | 1,102.71 | 154.34 | 0.00 |
| 011 | MARIA JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NOVA CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PACCAR FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RAY BALDWIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 867.47 | 867.47 | 121.42 | 0.00 |
| 017 | VERIZON WIRELESS - GREAT LAKES | 674.45 | 674.45 | 94.40 | 0.00 |
| 018 | CAPITAL ONE | 1,942.12 | 1,942.12 | 271.83 | 0.00 |
| 019 | CAPITAL ONE | 428.51 | 428.51 | 59.97 | 0.00 |
|  | Total Unsecured | 45,262.05 | 45,262.05 | 6,335.07 | 0.00 |
|  | Grand Total: | 68,726.05 | 68,727.05 | 29,800.07 | 3,572.28 |

Total Paid Claimant:     $33,372.35
Trustee Allowance:       $2,447.65       Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      14.00       discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer    
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan